UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLANNED PARENTHOOD FEDERATION OF AMERICA, et al.,<br><br>Plaintiff,<br><br>v.<br><br>CENTER FOR MEDICAL PROGRESS, et al.,<br><br>Defendants. | No. 2:19-mc-0056 TLN DB<br><br>ORDER |

Plaintiff's motion to compel is noticed for hearing before the undersigned on September 13, 2019, pursuant to Local Rule 302(c)(1). (ECF Nos. 1 & 8.) Pursuant to Local Rule 251(a), a Joint Statement re Discovery Disagreement was to be filed "at least seven (7) days" prior to the September 13, 2019 hearing. The time for filing a Joint Statement has passed and no Joint Statement was filed. Upon the failure to timely file a Joint Statement "[t]he hearing may be dropped from the calendar without prejudice[.]" Local Rule 251(a).

////

////

////

////

Accordingly, IT IS HEREBY ORDERED that plaintiff's March 27, 2019 motion to compel (ECF No. 1) is denied without prejudice to renewal and the September 13, 2019 hearing vacated.

DATED: September 9, 2019

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE