UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLANNED PARENTHOOD FEDERATION OF AMERICA, et al., | No. 2:19-mc-0056 TLN DB |
| Plaintiff, | ORDER |
| v. | |
| CENTER FOR MEDICAL PROGRESS, et al., | |
| Defendants. | |

The undersigned hereby disqualifies herself from this action pursuant to 28 U.S.C. § 455. Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court refer this case to another available United States Magistrate Judge for all further proceedings which may be appropriate or required.

DATED: October 22, 2019 /s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE