UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLANNED PARENTHOOD FEDERATION OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CENTER FOR MEDICAL PROGRESS & BIOMAX, et al.,<br><br>Defendants. | No. 2:19-mc-00056-TLN-CKD<br><br><u>ORDER</u><br><br>(ECF Nos. 1, 11) |

Presently before the court in this miscellaneous matter is plaintiffs' motion to quash the third-party subpoena of California Bank & Trust. (ECF No. 11.) Following plaintiffs' motion defendants filed an "Opposition" which states, "Defendants now hereby withdraw their subpoena to California Bank & Trust, mooting the motion to compel, the motion to quash, and the motion to transfer." (ECF No. 15 at 2.) Therefore, the present motion is moot, and there is no active controversy before the court.

///

///

///

/////

1

Accordingly, it is hereby ORDERED that:

1. Plaintiffs' motion to compel (ECF No. 1) is dismissed;

2. Plaintiffs' motion to quash (ECF No. 11) is denied as moot; and

3. The Clerk of Court is directed to close this matter.

Dated: December 10, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

16.pp.056

2